# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2009

Marilyn Kelly,
Chief Justice

137810 & (42)(48)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

STEVEN RAY BLOCKSOM,
　　　　Defendant-Appellant.

SC: 137810
COA: 277214
Dickinson CC: 06-003648-FC

_____/

　　　　On order of the Court, the application for leave to appeal the October 21, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for miscellaneous relief are DENIED.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2009

Clerk

s0603